IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA                                          RESPONDENT

v.                          Criminal No. 4:12-cr-40009
                            Civil No. 4:17-cv-4022

ANTHONY MORINE                                                         MOVANT

## ORDER

Before the Court is the Report and Recommendation filed March 13, 2018, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 42). Judge Bryant recommends that Movant Anthony Morine's Motion to Vacate, Set Aside, or Correct a Sentence Pursuant to 28 U.S.C. § 2255 (ECF No. 32) should be denied. Specifically, Judge Bryant finds that Movant's section 2255 motion is time-barred because it was filed over three years past the one-year statute of limitations for requesting section 2255 relief, and Movant has not demonstrated that equitable tolling excuses the untimely filing.

Movant has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation (ECF No. 42) *in toto*. Movant's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 (ECF No. 32) is hereby **DENIED**.

**IT IS SO ORDERED**, this 11th day of April, 2018.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge